## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Zachary Wilson and Carissa Wilson;**<br>**Chris Mathia and Michelle Mathia**<br>**Aisha Waiters; Michael C. Liem**<br>**and Michelle L. Liam, on behalf of themselves**<br>**and all other persons and entities who purchased**<br>**plastic baby bottles, bottle liners, and cups**<br>**containing the synthetic chemical BISPHENOL-A**<br>**within the state of Kansas,**<br><br>　　**Plaintiffs,**<br><br>v.<br><br>**Avent America, Inc., an Illinois**<br>**corporation; Handicraft Company d/b/a**<br>**Dr. Brown's, a Missouri corporation;**<br>**Evenflo Company, Inc.,**<br>**an Ohio corporation; Gerber Novartis**<br>**AG, a Swiss corporation; and Platex**<br>**Products, Inc., a Connecticut**<br>**corporation,**<br><br>　　**Defendants.** | Case No. 08-CV-2201-KHV-DJW |

## **ORDER**

Upon consideration of Defendant Evenflo Company Inc.'s Motion (with Consent) for Extension of Time to File a Responsive Pleading (doc. 8), it is hereby ORDERED that Evenflo's motion is GRANTED.

**IT IS THEREFORE ORDERED** that Defendant Evenflo has through and until **thirty (30) days** after the Multidistrict Litigation Panel issues a ruling on the Motion to Transfer or Consolidate in <u>In re: Bisphenol -A (BPA) Polycarbonate Plastic Products Liability Litigation</u>, MDL No. 1967 to answer or otherwise plead in response to Plaintiffs' Complaint.

1

**IT IS FURTHER ORDERED** that Defendant Evenflo will notify the Court of the Multidistrict Litigation Panel's ruling on the Motion to Transfer or Consolidate in <u>In re: Bisphenol-A (BPA) Polycarbonate Plastic Products Liability Litigation</u>, MDL No. 1967 **within ten (10) days** of the ruling.

**IT IS SO ORDERED.**

Dated in Kansas City, Kansas on this 1st day of July 2008.

s/ David J. Waxse
David J. Waxse
U.S. Magistrate Judge

cc:   All counsel and *pro se* parties